FILED
08 JAN -9 PM 3:19

[illegible stamp]

BY: [initials]  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0085 L |
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) - Harboring Illegal Aliens and Aiding and Abetting |
| JOSE GALLEGOS-LOPEZ, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about December 30, 2007, within the Southern District of California, defendant JOSE GALLEGOS-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Bernabe Hernandez-Montes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

CPH:nlv:Imperial
1/4/08

### Count 2

On or about December 30, 2007, within the Southern District of California, defendant JOSE GALLEGOS-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Bernabe Hernandez-Montes, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a shed located at 941 First Street, Calexico, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

### Count 3

On or about December 30, 2007, within the Southern District of California, defendant JOSE GALLEGOS-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Montes-Alberdin, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 4

On or about December 30, 2007, within the Southern District of California, defendant JOSE GALLEGOS-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Montes-Alberdin, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a shed located at 941 First Street, Calexico, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: January 9, 2008.

A TRUE BILL:



Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

3