UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>Jose Gallegos-Lopez )<br>  )<br>Defendant(s) )<br>_____ ) | 08CR0085 L<br><br>CRIMINAL NO. 07mj9005<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Bernabe Hernandez-Montes

DATED: 1/24/08

JAN M. ADLER

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY          ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95