| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0085-L |
| | ) | |
| Plaintiff, | ) | DATE: February 11, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | Before Honorable L. James Lorenz |
| | ) | |
| JOSE GALLEGOS-LOPEZ, | ) | UNITED STATES' MOTION FOR |
| | ) | RECIPROCAL DISCOVERY |
| Defendant(s). | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS AND MEMORANDUM OF |
| | ) | POINTS AND AUTHORITIES |
| | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: January 29, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney