```
 1  KAREN P. HEWITT
    United States Attorney
 2  WILLIAM A. HALL, JR.
    Assistant U.S. Attorney
 3  California State Bar No. 253403
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
    Email: william.a.hall@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0085-L |
|---|---|---|
| Plaintiff, | ) ) ) | DATE:  February 11, 2008<br>TIME:  2:00 p.m.<br>Before Honorable L. James Lorenz |
| v. | ) | |
| JOSE GALLEGOS-LOPEZ, | ) ) ) | UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |
| Defendant(s). | ) | |

**I**

**STATEMENT OF THE CASE**

The Defendant, Jose Gallegos-Lopez (hereinafter "Defendant"), was charged by a grand jury on January 9, 2008, with violating 8 U.S.C. §§ 1324(a)(2)(B)(ii), bringing in illegal alien(s) for financial gain, 8 U.S.C. §§ 1324(a)(1)(A)(iii), harboring illegal alien(s), and aiding and abetting. Defendant was arraigned on the four-count Indictment on January 15, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended in the early morning hours of December 30, 2007, by United States Border Patrol Agents ("BPAs") in Calexico, California. The previous day, at

approximately 11:35 p.m., BPAs were conducting surveillance east of the Calexico, California Port of Entry and saw an individual later identified as Defendant. Defendant walked outside into the backyard of 841 First Street in Calexico, California ("the property") and discharged a pellet gun. Shortly after discharging the pellet gun, BPAs observed several suspected smugglers run up to the international boundary fence, which was near the property. The suspected smugglers then placed a ladder on the border fence. Two suspected illegal aliens the climbed up the ladder and over the top of the fence, illegally entering the United States.

The suspected aliens then ran north across First Street, as the suspected smugglers shouted directions. The suspected aliens then ran into the backyard of 841 First Street. Upon entering the backyard, the suspected aliens ran within feet of Defendant and entered a shed on the property, slamming the door shut behind them.

BPAs arrived at the property to arrest Defendant. As they attempted to detain Defendant, he became combative. After subduing Defendant, BPAs placed him under arrest. They then received consent to search the residence and shed from Defendant's father, the property's owner.

Inside the shed on the property, BPAs found two individuals crouched down inside, Bernabe Hernandez-Montes and Gerardo Montes-Alberdin (hereafter "the material witnesses"). Both stated that they were citizens and nationals of Mexico illegally present in the United States. Both material witnesses also stated that they were not in possession of any immigration documents allowing them to enter or to remain inside the United States. Each stated that they had made arrangements to be smuggled illegally into the United States for between $2,500 and $2,800 USD, and received specific instructions to climb the international boundary fence and to run into the shed on the property. Inside the house on the property, a BPA found a pellet gun.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

To date, the United States has provided Defendant with 65 pages of discovery and a DVD. The United States moves the Court to order Defendant to provide all reciprocal discovery to which

it is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## CONCLUSION

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: January 29, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ William A. Hall, Jr.
    WILLIAM A. HALL, JR.
    Assistant United States Attorney

4