PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08 cr 0085 L |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jose Gallegos-Lopez | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gerardo Montes-Alberdin

DATED: 2/4/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
            Deputy Clerk