LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Jose Gallegos-Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSÉ GALLEGOS-LOPEZ,  )<br>  )<br>          Defendant.  )<br>  )<br>  )<br>_____ ) | Crim. Case No.  08-CR-0085-L<br><br>**DEFENDANT GALLEGOS-LOPEZ'S MOTION FOR ORDER SHORTENING TIME**<br><br>Date: March 17, 2008<br>Time: 10:00 a.m.<br>Department: Judge Lorenz<br>Trial date: March 18, 2008<br>Time: 9:00 a.m.<br>Department: Judge Lorenz |

      The defendant, José Gallegos-Lopez, by and through his attorney, Lynn H. Ball, hereby requests that the time for filing and serving defendant's Motions in Limine be shortened to March 5, 2008.

      This Motion is based upon the attached Declaration of Lynn H. Ball.

                                                     Respectfully submitted,

                                                     *s/Lynn H. Ball*

Date: <u>March 4, 2008</u>
                                                    _____
                                                    Lynn H. Ball
                                                    Attorney for José Gallegos-Lopez
                                                    E-mail: lhball@sbcglobal.net