LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Jose Gallegos-Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No.  08-CR-0085-L |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF** |
| | ) | **LYNN H. BALL** |
| vs. | ) | |
| | ) | |
| JOSÉ GALLEGOS-LOPEZ, | ) | Date: March 17, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Department: Judge Lorenz |
| | ) | Trial date: March 18, 2008 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Department: Judge Lorenz |

1. I AM LYNN H. BALL and I am the attorney for the defendant, José Gallegos-Lopez.

2. Shortly after filing Defendant's Motions in Limine (Set One), I received notice from the Assistant United Sates Attorney of his intent to offer 404(b) evidence. Part of that evidence was received on February 28, 2008 and some additional evidence was received on March 3, 2008. As a result of this additional information being received after defendant's motion filing deadline, defendant would be prejudiced by not being granted a Motion for Order Shortening Time so that he may file a Second Set of Motions in Limine

Sworn to under penalty of perjury of the laws of the State of California this 4th day of March, 2008.

*s/Lynn H. Ball*

_____

Lynn H. Ball