IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 08-CR-0085-L |
| Plaintiff, | ) ) | **ORDER SHORTENING TIME** |
| vs. | ) ) | |
| JOSÉ GALLEGOS-LOPEZ, | ) ) | Date: March 17, 2008 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Department: Judge Lorenz |

FOR GOOD CAUSE SHOWN, IT IS ORDERED that the time for filing and serving defendant's Motions in Limine (Set Two) be shortened to March 5, 2008.

DATED: March 5, 2008

_____
M. James Lorenz
United States District Court Judge