1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0085-L |
|---|---|
| Plaintiff, | |
| v. | **ORDER AUTHORIZING BORDER PATROL AGENT VICTOR VEGA TO BRING FIREARM INTO UNITED STATES COURTHOUSE** |
| JOSE GALLEGOS-LOPEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, the Court authorizes Border Patrol Agent Victor Vega to bring one Powerline 15XT CO2 BB Pistol into the United States Courthouse on March 19, 2008 for purposes of trial in the above-captioned matter.

IT IS SO ORDERED.

DATED: March 19, 2008

_____
M. James Lorenz
United States District Court Judge