MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA    VS    JOSE GALLEGOS-LOPEZ

X Plaintiff    ___ Defendant    ___ Court    Type of Hearing: JURY TRIAL

Case Number: 08CR0085-L

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF MEXICALI/BAJA BORDER |
| 2 | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF 941 FIRST STREET IN CALEXICO |
| 3 | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF THE BORDER FENCE |
| 4 | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF NORTH VIEW TOWARDS THE VACANT LOT |
| 5 | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF WEST VIEW FROM THE VACANT LOT |
| 6 | 3/19/2008 | 3/19/2008 | PELLET GUN (NOT TO GO INTO JURY ROOM) |
| 7 | 3/19/2008 | 3/19/2008 | MAP OF MEXICO |