MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                                   VS                    JOSE GALLEGOS-LOPEZ

__ Plaintiff     X Defendant     __ Court        Type of Hearing: JURY TRIAL

Case Number: 08CR0085-L

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| A | 3/18/2008 | 3/18/2008 | DRAWING OF AREA |
| B | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF FENCE OF 941 FIRST STREET |
| C | 3/18/2008 | 3/18/2008 | PHOTOGRAPH OF A SHADOW |
| E | 3/19/2008 |  | PHOTOGRAPH OF HOUSES |