

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>JOSE GALLEGOS-LOPEZ,<br><br>     Defendant. | CASE NO. 08CR0085-L<br><br><br><br>**V E R D I C T** |

  We the jury in the above entitled cause find the defendant Jose Gallegos-Lopez,

  ___guilty___ of the offense of bringing in an illegal alien, Bernabe Hernandez-Montes, for financial gain and aiding and abetting as charged in Count 1 of the Indictment.

  ___guilty___ of the offense of concealing an illegal alien, Bernabe Hernandez-Montes, and aiding and abetting as charged in Count 2 of the Indictment.

  ___Guilty___ of the offense of bringing in an illegal alien, Gerardo Montes-Alberdin, for financial gain and aiding and abetting as charged in Count 3 of the Indictment.

(Page 1 of 2)

_____*Guilty*_____ of the offense of concealing an illegal alien, Gerardo Montes-Alberdin, and aiding and abetting as charged in Count 4 of the Indictment.

DATED: *March 20, 2008*
San Diego, California

_____*Judy K. Compton*_____
Foreperson of the Jury

(Page 2 of 2)