1    LYNN H. BALL, ESQ.
     Bar No. 056497
2    1560 Scott Street
     San Diego, CA 92106-2333
3    (619) 225-1914
     (619) 225-1720 - Fax
4
     Attorney for Defendant Jose Gallegos-Lopez
5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,          )    Crim. Case No.  08-CR-0085-L
                                        )
12              Plaintiff,              )    **EX-PARTE MOTION FOR**
                                        )    **RELEASE OF MEDICAL RECORDS**
13   vs.                                )
                                        )
14   JOSÉ GALLEGOS-LOPEZ,               )
                                        )    Sentencing date: 6/16/2008
15              Defendant.              )    Time: 8:30 a.m.
                                        )    Department: Judge Lorenz
16   _____ )

17        IT IS HEREBY REQUESTED that the Court order the GEO facility to provide a copy of

18   medical records to defendant's attorney, Lynn H. Ball.  This Ex-Parte Motion is based upon the

19   attached Declaration of Lynn H. Ball and the Medical Release signed by his client, José Gallegos-

20   Lopez.

21                                      Respectfully submitted,

22                                      *s/Lynn H. Ball*

23
     Date: <u>April 9, 2008</u>        _____
24                                      Lynn H. Ball
                                        Attorney for José Gallegos-Lopez
25                                      E-mail: lhball@sbcglobal.net

26

27

28