LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Jose Gallegos-Lopez

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSÉ GALLEGOS-LOPEZ,<br><br>Defendant. | Crim. Case No. 08-CR-0085-L<br><br>**DECLARATION OF LYNN H. BALL**<br><br>Sentencing: 6/16/08<br>Time: 8:30 a.m.<br>Department: Judge Lorenz |

1. I AM LYNN H. BALL and I am the attorney for José Gallegos-Lopez.

2. Recently I went to see Mr. Gallegos and he came out wearing a pair of dark glasses and indicating he had been to an eye specialist who diagnosed him with damage to his left eye, allegedly resulting from an injury occurring during his arrest on his pending charges for which he is awaiting sentencing.

3. In order to make a determination as to whether or not the problem with the eye is serious and would affect placement, and also as a matter of mitigation for his sentencing, I need to review the medical records and to consult with a physician to determine the seriousness of Mr. Gallegos's problem with his left eye.

4. Therefore, it is requested that the Court enter an Order authorizing me to obtain the medical records from the GEO holding facility here in San Diego County.

Sworn to under penalty of perjury of the laws of the State of California this 9th day of April, 2008.

*s/Lynn H. Ball*

_____
Lynn H. Ball