IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No.  08-CR-0085-L |
| | ) | |
| Plaintiff, | ) | **ORDER AUTHORIZING** |
| | ) | **RELEASE OF MEDICAL RECORDS** |
| v. | ) | |
| | ) | |
| JOSÉ GALLEGOS-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS SO ORDERED** that the medical records held by the GEO facility be turned over to Attorney Lynn H. Ball regarding Inmate José Gallegos-Lopez, Reg. No. 72413-198, IT IS SO ORDERED.

DATED: April 10, 2008

_____
M. James Lorenz
United States District Court Judge