# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG 1 8 2008

FILED 8/19/08
DOCKETED 8/19/08

FILED
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _AKR_ DEPUTY

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:   08-50279
      USDC No:   08cr85 L
      USA v. Gallegos-Lopez

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | | | |
|---|---|---|---|
|   | Copy of the Notice of Appeal | | Docket Entries |
|   | Case Information/Docket Fee Payment Notification Form |||
|   | Order for Time Schedule (Criminal) |||
|   | Original Clerk's Record in | set(s) of | volume(s). |
|   | Reporter's transcript's transcripts in | set(s) of | volume(s). |
|   | Clerk's supplemental record in | set(s) of | volume(s). |
|   | Exhibits in    envelope(s) | box(es) | folders(s) |
|   | Judgement Order | OR | F/P Order |
|   | CJA Form 20 | OR | Minute Order |
| ✖ | Certificate of Record | OR | Mandate Return |
|   | Amended docket fee notification form |||
|   | Order Appointing Counsel for Appeal |||
|   | |||
| ✖ | Please acknowledge on the enclosed copy of this transmittal |||

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: /s/ Angela Rowland
Angela Rowland, **Deputy**

Date: 08/08/08